RAUL LARRACUENTE *v.* COMMISSIONER OF CORRECTION

The petitioner Raul Larracuente's petition for certification for appeal from the Appellate Court, 125 Conn. App. 904 (AC 31541), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Rosemarie T. Weber*, special public defender, in support of the petition.

*Susann E. Gill*, supervisory assistant state's attorney, in opposition.

Decided February 1, 2011

STATE OF CONNECTICUT *v.* RAYMOND SERRANO

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 530 (AC 29443), is denied.

*Roy S. Ward*, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided February 10, 2011